No. 86–1507.   DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* PORTER.   C. A. 11th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 86–1371.   TELECOMMUNICATIONS RESEARCH & ACTION CENTER ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.   C. A. D. C. Cir.   Certiorari denied.   JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 86–1373.   NEW YORK ET AL. *v.* THOMAS, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL.; and

No. 86–1374.   HER MAJESTY THE QUEEN IN RIGHT OF ONTARIO ET AL. *v.* THOMAS, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL.   C. A. D. C. Cir. Certiorari denied.   JUSTICE POWELL and JUSTICE SCALIA took no part in the consideration or decision of these petitions.